```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-8-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :     NOLLE PROSEQUI

            -v.-                 :     18 Cr. 0023 (JFK)

ANDRE LAMAR,                     :

            Defendant.           :

- - - - - - - - - - - - - - - - x

       1.    The filing of this nolle prosequi will dispose of this case with respect to ANDRE LAMAR, the defendant.

       2.    On January 10, 2018, Indictment 18 Cr. 0023 (JFK) was filed in the U.S. District Court for the Southern District of New York, charging ANDRE LAMAR, the defendant, with one count of bank fraud, in violation of Title 18, United States Code, Section 1344.

       3.    On June 27, 2018, ANDRE LAMAR, the defendant, entered into a deferred prosecution agreement that provided for a six-month term of supervision. On or about December 27, 2018, the defendant successfully completed the pretrial diversion period, and the Government has concluded that further prosecution of LAMAR would not be in the interests of justice.

4. In light of the foregoing, I recommend that an order of <u>nolle prosequi</u> be filed as to ANDRE LAMAR, the defendant, with respect to Indictment 18 Cr. 0023 (JFK).

*[signature]*

Louis A. Pellegrino
Assistant United States Attorney
(212) 637-2617

Dated:   New York, New York
         January 7, 2019

2

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to defendant ANDRE LAMAR with respect to Indictment 18 Cr. 0023 (JFK).

_____
Geoffrey S. Berman
United States Attorney
Southern District of New York

Dated:     New York, New York
           January 7, 2019


SO ORDERED:     _____
                HONORABLE JOHN F. KEENAN
                United States District Judge
                Southern District of New York

Dated:     New York, New York
           January 8, 2019